APPEAL No. 1621. DARLEEN T. JOHNSON v. MILTON G. JOHNSON. Motion of appellant, Darleen T. Johnson, for a special assignment is denied as moot. *Aram A. Arabian, Higgins, Cavanagh & Cooney, Albert D. Saunders, Jr.,* for plaintiff. *Melvin L. Zurier,* for defendant.

July 28, 1972.

M. P. No. 1775. FREDERICK A. TAYLOR v. FRANCIS A. HOWARD, *Warden.* Application for writ of habeas corpus denied, except that respondent is directed to show cause why oral argument should not be had on single question — what effect, if any, is the use of a juvenile court record in a pre-sentence report. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for plaintiff. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1829. PAULINE PARENTEAU v. EMPLOYERS' FIRE INSURANCE COMPANY *et al.* Motion of defendant for leave to file petition for writ of certiorari is denied. *Max Wistow,* for plaintiff-respondent. *Jordan, Hanson & Curran, A. Lauriston Parks,* for Employers' Fire Insurance Company, defendant-petitioner.

Ex. No. 1520. STATE v. THOMAS R. KNOTT, JR. Motion of defendant to supplement the record by addition of a purported affidavit to the brief pending before Supreme Court is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Leonard Decof,* for defendant.

APPEAL No. 1614. GERARD U. DUCHARME v. DAVID CHAMPAGNE *et al.* Motion for leave to reargue is denied. *Oster, Espo, Fay & Groff, Irving N. Espo,* for plaintiff. *Johnson & Johnson, Martin Johnson,* for defendants.